# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0897
Lower Tribunal No. CF 14-761

_____

ULYSSES TAYLOR, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and GANNAM, JJ., concur.

Ulysses Taylor, Jr., Avon Park, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED